512

## People of State of Illinois, Defendant in Error, v. Catherine Elizabeth Peters, Plaintiff in Error.

Term No. 45F4.

Heard in this court at the May term, 1945; opinion filed July 7, 1945; released for publication August 7, 1945. L. H. Holland and Henry B. Eaton, for plaintiff in error; C. W. Burton, State's Attorney, and Fred P. Schuman, Assistant State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE BRISTOW. Not to be published in full.